# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN C. RUIZ-BUENO, III, et al., | : | CASE NO. 2:12-cv-00809 |
| | : | |
| Plaintiffs, | : | |
| | : | JUDGE FROST |
| v. | : | |
| | : | MAGISTRATE KEMP |
| FRANKLIN COUNTY SHERIFF ZACH SCOTT, et al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION OF GARRIE J. HAAS

PLEASE TAKE NOTICE that Plaintiff John C. Ruiz-Bueno, III, by his attorneys, shall take the deposition upon oral examination of Dr. Garrie J. Haas.

The deposition will commence at 1:00 p.m. on Friday, April 25, 2014 at 473 W. 12th Ave., Columbus, Ohio 43210, under oath before an officer authorized by law to administer oaths. The deposition will continue as necessary from day to day thereafter until completed. The deposition testimony shall be recorded by stenographic means.

Respectfully submitted,

_____
Avonte D. Campinha-Bacote (0085845)
Joseph B. Russell (0084098)
Campinha Bacote LLC
341 S. Third Street, Suite 200
Columbus, OH 43215
Telephone: (513) 313-3806
Facsimile: (415) 276-2988
Avonte@CamBacLaw.com
Joe.Russell@CamBacLaw.com

        Tiffany N. Romine (CA Bar #269877)
        *Pro Hac Vice*
        Romine Law
        P.O. Box 6844
        Burbank, CA 91510
        Telephone: (818) 669-8683
        Facsimile: (866) 372-2579
        Email: tiffany@rominesadvice.com

        *Attorneys for Plaintiffs, Ruiz-Bueno, III, et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing Notice of Deposition was filed electronically on this 17th day of April, 2014. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        _____
        Avonte D. Campinha-Bacote (0085845)